## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| ZHEJIANG JUNYUE STANDARD PART CO., LTD.,<br>　　　　　　Plaintiff,<br><br>and<br><br>NINGBO ZHONGJIANG HIGH STRENGTH BOLTS CO., LTD.,<br>　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　Defendant,<br><br>and<br><br>VULCAN THREADED PRODUCTS, INC.<br>　　　　　　Defendant-Intervenor. | Ct. No. 20-00102 |

## STIPULATION OF DISMISSAL

**Please Take Notice** that Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action with prejudice because the effect of this appeal will become mooted when the Final Results of the first review are published in November 2022.  Each party will bear its own costs and fees.

Dated: August 5, 2022

/s/ Gregory S. Menegaz
Gregory S. Menegaz
**deKieffer & Horgan, PLLC**
Suite 410
1090 Vermont Ave., N.W.  20005
Tel: (202) 783-6900
***Counsel to Plaintiff Junyue***

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| Of Counsel:<br>Jesus Nieves Saenz<br>Attorney<br>**U.S. Department of Commerce**<br>Office of the Chief Counsel<br>For Trade Enforcement & Compliance | /s/ Ashley Akers<br>Ashley Akers<br>Trial Counsel<br>**U.S. Department of Justice**<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-0369<br>***Counsel to Defendant United States*** |
|  | /s/ Andrew T. Schutz<br>Andrew T. Schutz<br>**Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP**<br>1201 New York Avenue, NW, Suite 650<br>Washington, DC 20005<br>Tel: (202) 661-7780<br>***Counsel to Plaintiff-Intervenor Ningbo Zhongjiang High Strength Bolts Co., Ltd.*** |
|  | /s/ Christopher T. Cloutier<br>Christopher T. Cloutier<br>**Schagrin Associates**<br>900 Seventh Street, NW, Suite 500<br>Washington, DC 20001<br>Tel: (202) 661-7780<br>***Counsel to Defendant-Intervenor Vulcan Threaded Products, Inc.*** |

Dated: August 5, 2022

## Order of Dismissal

This action, having been voluntarily stipulated for dismissal with prejudice by all parties having appeared in the action, are dismissed.

Dated:  August 8, 2022

                                                Clerk, U. S. Court of International Trade

                                                By:  /s/  Casey A. Cheevers
                                                                  Deputy Clerk